**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC. d/b/a ELITEK VEHICLE SERVICES, | ) ) ) ) Case No. 1:23-cv-02689 |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| REPAIRIFY, INC., | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION TO DISMISS OR STAY

Defendant Repairify, Inc. ("Repairify") hereby moves the Court for entry of an Order dismissing all claims asserted against Repairify in the Complaint (Dkt. 1) under Fed. R. Civ. P. 13(a), 12(b)(3), and 12(b)(6) or, in the alternative, stayed. The grounds for this Motion are more fully set forth in Repairify's Memorandum of Law in Support of Its Motion to Dismiss/Stay, filed contemporaneously herewith.

Dated: July 11, 2023

By: */s/ Benjamin T. Horton*
Benjamin T. Horton
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
T: 312.474.6300
E: bhorton@marshallip.com

*Counsel for Defendant*
*Repairify, Inc.*