UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Keystone Automotive Industries, Inc.
                                      Plaintiff,
v.                                    Case No.: 1:23−cv−02689
                                      Honorable Martha M. Pacold
Repairify, Inc.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

MINUTE entry before the Honorable Maria Valdez: Plaintiff's Motion for Clarification [21] is denied. The Court finds that a stay of discovery is appropriate in light of Defendant's pending Motion to Dismiss or Stay [11], as said motion may resolve the case, or, if the alternative relief is granted, result in a complete stay of these proceedings. Accordingly, the Court hereby stays discovery pending Judge Pacold's ruling on Defendant's Motion to Dismiss or Stay [11].(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.