**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC. d/b/a ELITEK VEHICLE SERVICES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:23-cv-02689 ) ) |
| REPAIRIFY, INC., | ) ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**

Plaintiff Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services ("Elitek") and Defendant Repairify, Inc. ("Repairify") hereby file this Joint Status Report and Notice of Settlement.

Repairify and Elitek have reached an agreement in principle to settle all matters in controversy between Repairify and Elitek. In related litigation pending in the U.S. District Court for the Western District of Texas, the parties jointly moved to stay all deadlines while they finalize a settlement agreement, and the court granted the motion on June 13, 2024. *See* Exhibit A. (*Repairify, Inc. v. Keystone Automotive Indus., Inc.* Case No. 6:21-cv-00819-ADA-DTG (W.D. Tex.), June 13, 2024 Text Order.)

In this case, there are no pending case deadlines, however the parties have fully briefed Defendant Repairify, Inc.'s motion to dismiss or stay the case. *See* Dkt. Nos. 11, 12, 18, 19. The parties jointly request that the Court take no action on the pending motion or take any other action in the case for thirty (30) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

| | |
|---|---|
| Dated: June 24, 2024 | Respectfully submitted, |
| By: *s/Barry F. Irwin*<br>    Barry F. Irwin, P.C.<br>    Joseph Saltiel<br>    Andrew D. Gordon-Seifert<br>    **IRWIN IP LLP**<br>    150 N. Wacker Dr., Suite 700<br>    Chicago, IL 60606<br>    (312) 667-6080 (Telephone)<br>    birwin@irwinip.com<br>    jsaltiel@irwinip.com<br>    agordon-seifert@irwinip.com<br><br>*Attorneys for Plaintiff*<br>*Keystone Automotive Industries, Inc.*<br>*d/b/a Elitek Vehicle Services* | By: */s/Benjamin T. Horton*<br>    Benjamin T. Horton<br>    **MARSHALL, GERSTEIN & BORUN LLP**<br>    6300 Willis Tower<br>    233 S. Wacker Drive<br>    Chicago, IL 60606<br>    T: 312.474.6300<br>    E: bhorton@marshallip.com<br><br>*Counsel for Defendant*<br>*Repairify, Inc.* |

2