**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC. d/b/a ELITEK VEHICLE SERVICES,<br><br>          Plaintiff,<br><br>v.<br><br>REPAIRIFY, INC.,<br><br>          Defendant. | Case No. 1:23-cv-02689 |

**UNOPPOSED MOTION TO STAY PENDING DEADLINES**

Plaintiff Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services ("Elitek") hereby files this unopposed motion to stay all pending deadlines for 30 days. In support of this Motion, Elitek states as follows:

1. On June 24, 2024, the Parties filed a joint status report and notice of settlement stating that Elitek and Defendant Repairify, Inc. ("Repairify") have reached an agreement in principle to settle all matters in controversy between Repairify and Elitek, including a related pending litigation in the U.S. District Court for the Western District of Texas, *Repairify, Inc. v. Keystone Automotive Indus., Inc.*, Case No. 6:21—cv-00819-ADA-DTG (W.D. Tex.) ("Texas Case"). Dkt. No. 34.

2. On June 24, 2024, the Court ordered that a stipulation to dismiss is due August 9, 2024. Dkt. No. 36.

3.      On July 26, 2024, Elitek filed in the Texas Case an opposed motion to enforce settlement, or in the alternative motion to set a trial date. Elitek does not believe that its motion in the Texas Case will be resolved by this Court's deadline of August 9, 2024 to file a dismissal.

4.      On July 30, 2024, counsel for Repairify stated that it does not oppose this Motion.

Therefore, Elitek respectfully requests that the Court stay all pending deadlines, including the August 9, 2024 deadline to file a stipulation of dismissal, 30 days to provide time for Elitek's motion in the Texas Case to be resolved.

Dated: July 30, 2024                              Respectfully submitted,

By: /s/ *Barry F. Irwin*
Barry F. Irwin, P.C.
Joseph Saltiel
Andrew D. Gordon-Seifert
**IRWIN IP LLP**
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
(312) 667-6080 (Telephone)
birwin@irwinip.com
jsaltiel@irwinip.com
agordon-seifert@irwinip.com

*Attorneys for Defendant Keystone Automotive Industries, Inc. d/b/a Elitek Vehicle Services*

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served via ECF on July 30, 2024, upon all counsel of record.

        /s/ *Barry F. Irwin*  
        Barry F. Irwin