# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEYSTONE AUTOMOTIVE INDUSTRIES, INC. d/b/a ELITEK VEHICLE SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>REPAIRIFY, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02689 |

## DEFENDANT'S OPPOSED MOTION TO DISMISS OR STAY

Defendant Repairify, Inc. ("Repairify") hereby moves the Court for entry of an Order dismissing all claims asserted against Repairify in the Complaint (Dkt. 1) under Fed. R. Civ. P. 13(a), 12(b)(3), and 12(b)(6) or, in the alternative, stayed. The grounds for this Motion are more fully set forth in Repairify's Memorandum of Law in Support of Its Motion to Dismiss or Stay, filed contemporaneously herewith.

Date: October 11, 2024

*s/ William F. Bullard*
Joseph W. Winkels (*pro hac vice*)
William F. Bullard (*pro hac vice*)
CARLSON, CASPERS, VANDENBURGH &
LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: (612) 436-9600
E: jwinkels@carlsoncaspers.com
E: wbullard@carlsoncaspers.com

Benjamin T. Horton
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
T: 312.474.6300
E: bhorton@marshallip.com
*Counsel for Plaintiff, Repairify, Inc.*